1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ENGINEERING RECYCLING MASCHINEN      )
UND AN LAGEN GES.m.b.H, a foreign        )
business association organized under the laws of  )
the nation of Austria,                                        )
                                                                       )
                        Plaintiff,              )          Case No. 2:16-cv-00267-JCM-GWF
                                                                       )
vs.                                                                  )          **ORDER**
                                                                       )
PHILIPPE JULIEN; AMALE JULIEN-KASSAB,  )
                                                                       )
                        Defendants.         )
_____)

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested

Parties as required by LR 7.1-1.  On March 4, 2016, the Court ordered that Plaintiff file a Certificate

as to Interested Parties as required by LR 7.1-1 on or before March 14, 2016 (Order #7).  To date,

Plaintiff has failed to comply.  Accordingly,

        **IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR

7.1-1 no later than **April 4, 201**6  Failure to comply may result in the issuance of an order to show

cause why sanctions should not be imposed.

        DATED this 25th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge