# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENGINEERING RECYCLING MASCHINEN UND AN LAGEN GES.m.b.H, a foreign business association organized under the laws of the nation of Austria,<br><br>                    Plaintiff,<br><br>vs.<br><br>PHILIPPE JULIEN; AMALE JULIEN-KASSAB,<br><br>                    Defendants. | Case No. 2:16-cv-00267-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Ex Parte Motion to Enlarge Time for Service (#10), filed May 10, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure — which governs the time limit of service — allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested seventy-five (75) day extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion to Enlarge Time for Service (#10) is **granted**. Plaintiff shall have until **Monday, July 25, 2016** to effectuate service on Defendants Philippe Julien and Amale Julien-Kassab.

DATED this 12th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge